IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL F. JOHNSON, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | )  CIVIL ACTION NO. 16-0576-CG-N |
| | ) |
| **METROPOLITAN LIFE** | ) |
| **INSURANCE COMPANY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This cause is before the Court on the motion to set aside default filed by Defendant/Cross-claim Defendant Debra Johnson (Doc. 11), in which Mrs. Johnson moves to set aside the Clerk's Entry of Default entered against her on December 23, 2016 (Doc. 9).

Upon due consideration of the grounds cited and pursuant to Rule 55(c) of the Fed.R.Civ.P., the motion is hereby **GRANTED**. Accordingly, the Clerk's Entry of Default (Doc. 9) is hereby **SET ASIDE**. Debra Johnson is **ORDERED** to file her answer to the Complaint and her answer to the Cross-claim of Metropolitan Life Insurance Company (Doc. 3) **not later than January 17, 2017**.

**DONE and ORDERED** this 3rd day of January, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE