IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL F. JOHNSON AND JESSICA M. MACKEY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION 16-0576-CG-N |
| METROPOLITAN LIFE INSURANCE COMPANY, and DEBRA JOHNSON, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The parties having filed a Joint Stipulation of Dismissal with Prejudice on August 1, 2017 (Doc. 32), it is **ORDERED** that <u>all</u> claims/counterclaims in this matter be and are hereby **DISMISSED with prejudice**. Each party shall bear his, her, or its own costs and attorney fees.

**DONE** and **ORDERED** this 1st day of August, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE